# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:24-M -03653(1) |
| | § |
| (1) Shayan Heidari-Havadaragh | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 29, 2024** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title    **8**    United States Code, Section(s)    **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, KETTLE-MARCH, JAVAIR** and that this complaint is based on the following facts: *"On or about November 29, 2024 the defendant, HEIDARI-HAVADARAGH, SHAYAN, an alien who is a native and citizen of Iran, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

Sworn to before me and subscribed in my presence,     /s/ KETTLE-MARCH, JAVAIR
Signature of Complainant
KETTLE-MARCH, JAVAIR
Border Patrol Agent

12/09/2024                                                                 at   DEL RIO, Texas
File Date                                                                         City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE                                    Signature of Judicial Officer